**Order entered February 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-00576-CV

### SNP SCHNEIDER-NEUREITHER & PARTNER AG, Appellant

### V.

### SAMUEL WOOD AND JAMES D. SPIELMAN, Appellees

---

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14118**

---

## ORDER

The Court has determined that oral argument would be appropriate in this case. Appellant notified this Court by letter dated January 29, 2019, that its counsel is not available to present argument on February 13, 2019, and Appellant has advised in its January 11, 2019 Unopposed Motion to Reschedule Oral Argument that counsel for all parties are available on Wednesday March 6, 2019. Accordingly, we **ORDER** the parties to appear and present oral argument on **Wednesday March 6, 2019, at 11:00 a.m.** in the Merrill Hartman Courtroom, located on the 8th floor of the George Allen Courthouse.

/s/     DAVID J. SCHENCK
        PRESIDING JUSTICE